## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
450 Fifth St., N.W.
Washington, D.C. 20549-0911,

            Plaintiff,

            v.

JOHN WESLEY STRAUB, JANE M. STRAUB,
and ANTHONY J. CAMPISI,

            Defendants.

Civil Action No. 02 1128

FILED

AUG 1 3 2002

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### FINAL JUDGMENT AS TO
### DEFENDANTS JOHN WESLEY STRAUB AND JANE M. STRAUB

This Court having determined that:

1.     Plaintiff SECURITIES AND EXCHANGE COMMISSION ("COMMISSION")

duly commenced this action by filing its COMPLAINT;

2.     Defendants JOHN WESLEY STRAUB and JANE M. STRAUB in the attached

CONSENT OF JOHN WESLEY STRAUB AND JANE M. STRAUB (the "CONSENT"), the

provisions of which are expressly incorporated herein, have entered a general appearance; admitted

the jurisdiction of this Court over them and over the subject matter of this action; waived filing of

an answer and the entry of findings of fact and conclusions of law pursuant to Rule 52 of the

Federal Rules of Civil Procedure; waived any right which they may have to appeal from this FINAL

JUDGMENT AS TO DEFENDANTS JOHN WESLEY STRAUB AND JANE M. STRAUB

("FINAL JUDGMENT"); and, without admitting or denying any of the allegations of the

COMPLAINT except as to jurisdiction, which they admit, consent to the entry of this FINAL

JUDGMENT; and

3.      This Court has jurisdiction over JOHN WESLEY STRAUB and JANE M.

STRAUB and the subject matter of this action, and it appearing that there is no just reason for delay

and there is sufficient basis herein for the entry of this FINAL JUDGMENT:

## I.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that JOHN WESLEY

STRAUB and JANE M. STRAUB, their agents, servants, employees, attorneys-in-fact, and those

persons in active concert or participation with them who receive actual notice of this FINAL

JUDGMENT by personal service or otherwise, and each of them, be and hereby are permanently

restrained and enjoined from, directly or indirectly, violating Section 10(b) of the Securities

Exchange Act of 1934 [15 U.S.C. § 78j(b)], and Rule 10b-5 promulgated thereunder [17 C.F.R. §

240.10b-5], by the use of any means or instrumentality of interstate commerce, or of the mails or of

any facility of any national securities exchange, by:

       (1)      employing any device, scheme or artifice to defraud;

       (2)      making any untrue statement of a material fact or omitting to state a material fact

              necessary in order to make the statements made, in the light of the circumstances

              under which they were made, not misleading; or

       (3)      engaging in any act, practice, or course of business which operates or would operate

              as a fraud or deceit upon any person,

in connection with the purchase or sale of any security.

## II.

**IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED** that

JOHN WESLEY STRAUB pay disgorgement in the amount of $18,838, representing his alleged

illegal profits as a result of the conduct alleged in the COMPLAINT, together with prejudgment

interest in the amount of $5,795. JOHN WESLEY STRAUB shall pay this obligation by paying

$24,633 into the Registry of the Court within ten (10) days of the entry of the FINAL JUDGMENT.

Such payment shall be made by cashier's check, certified check, or bank money order payable to

the "Clerk, United States District Court, District of Columbia," and submitted with a cover letter

that identifies JOHN WESLEY STRAUB as a defendant in this action, the caption and civil

action number of this action, and the name of this Court. The Clerk shall hold these funds in the

Registry, in an interest-bearing account, pending further order. By making this payment, JOHN

WESLEY STRAUB relinquishes all legal and equitable right, title and interest in such funds, and

no part of the funds shall be returned to him. A copy of the cover letter and money order or

check shall also be sent to John P. Sherry, Senior Counsel, Mail Stop 0810, Division of

Enforcement, Securities and Exchange Commission, 450 Fifth Street, NW, Washington, DC

20549-0810.

## III.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that JOHN WESLEY

STRAUB pay a civil penalty in the amount of $34,901, pursuant to Section 21A(a) of the Insider

Trading and Securities Fraud Enforcement Act of 1988 [15 U.S.C. § 78u-1(a)]. Within ten (10)

days of the entry of the FINAL JUDGMENT, JOHN WESLEY STRAUB shall pay the full

amount of civil penalty specified above, by cashier's check, certified check, or bank money order

payable to the "Securities and Exchange Commission." Such payment shall be sent to the Office

of Financial Management, Attn. Comptroller, Mail Stop 0-3, Securities Exchange Commission, 6432 General Green Way, Alexandria, VA 22312, and submitted with a cover letter that identifies JOHN WESLEY STRAUB as a defendant in this action, the caption and civil action number of this action, and the name of this Court. A copy of the cover letter and money order or check shall also be sent to John P. Sherry, Senior Counsel, Mail Stop 0810, Division of Enforcement, Securities and Exchange Commission, 450 Fifth Street, NW, Washington, DC 20549-0810.

## IV.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that JANE M. STRAUB pay a civil penalty in the amount of $18,838 pursuant to Section 21A(a) of the Insider Trading and Securities Fraud Enforcement Act of 1988 [15 U.S.C. § 78u-1(a)]. Within ten (10) days of the entry of the FINAL JUDGMENT, JANE M. STRAUB shall pay the full amount of civil penalty specified above, by cashier's check, certified check, or bank money order payable to the "Securities and Exchange Commission." Such payment shall be sent to the Office of Financial Management, Attn. Comptroller, Mail Stop 0-3, Securities Exchange Commission, 6432 General Green Way, Alexandria, VA 22312, and submitted with a cover letter that identifies JANE M. STRAUB as a defendant in this action, the caption and civil action number of this action, and the name of this Court. A copy of the cover letter and money order or check shall also be sent to John P. Sherry, Senior Counsel, Mail Stop 0810, Division of Enforcement, Securities and Exchange Commission, 450 Fifth Street, NW, Washington, DC 20549-0810.

4

## V.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the annexed CONSENT be, and hereby is, incorporated herein with the same force and effect as if fully set forth herein.

## VI.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this Court shall retain jurisdiction of this action for all purposes, including the implementation and enforcement of this FINAL JUDGMENT.

## VII.

There being no just reason for delay in the entry of this FINAL JUDGMENT, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court orders that this FINAL JUDGMENT shall be entered without further notice.

UNITED STATES DISTRICT JUDGE

Dated: ___8/13/___, 2002

5